# JAMES D. LEACH

*Attorney at Law*
1617 Sheridan Lake Road
Rapid City, SD 57702-3483

| | | |
|---|---|---|
| *Legal Assistant* | Tel: (605) 341-4400 | *Legal Secretary* |
| *Raquel L. Vokenroth, CLA* | Fax: (605) 341-0716 | *Verma J. Stehly* |

jim@southdakotajustice.com

---

April 7, 2025

Hon. Camela C. Theeler
United States District Judge
515 Ninth Street, Room 318
Rapid City, SD 57701

    Re:    Dakotans for Health v. Johnson., Civ. 25-4050

Dear Judge Theeler:

    I request the Court set a hearing date in the very near future on the Motion for Preliminary Injunction, Doc. 3. The Complaint, Motion, and all supporting documents were filed April 1, and served on Attorney General Marty Jackley the same day. Defendant Secretary Johnson was personally served with the Complaint and Summons on April 2.

    The Complaint and supporting documents make a strong showing of ongoing irreparable harm based on an unconstitutional statute just enacted by the Legislature. Doc. 8 at 18 to 20. Because of this ongoing irreparable harm, I request a hearing date at your earliest convenience.

    Respectfully submitted,

    */s/ James D. Leach*

    James D. Leach

JL/hs
cc:    Marty Jackley