# JAMES D. LEACH

*Attorney at Law*
1617 Sheridan Lake Road
Rapid City, SD 57702-3483
Tel: (605) 341-4400
Fax: (605) 341-0716

*Legal Assistant*
*Raquel L. Vokenroth, CLA*

*Legal Secretary*
*Verma J. Stehly*

jim@southdakotajustice.com

_____

April 8, 2025

Hon. Camela C. Theeler
United States District Judge
515 Ninth Street, Room 318
Rapid City, SD 57701

      Re:    Dakotans for Health v. Johnson, Civ. 25-4050

Dear Judge Theeler:

      I respectfully request the Court reset the June 2 hearing date to no later than May 19, or if that's not possible, to June 10 or as soon as possible after.

      Two years ago my wife and I booked a ten-day European river cruise starting May 2024. This was to be a first for us. But we had to cancel and reschedule because I could not get away because of litigation. This year we are scheduled to leave Rapid City on May 21 and arrive back late on June 5. We prefer not to have to reschedule to 2026.

      Of course, if you cannot accommodate this request, I will be present and ready on June 2 as currently scheduled.

      My side has one other scheduling constraint. Plaintiffs' expert Cory Heidelberger is going to be on vacation in New Mexico with his family April 23 to 29, although I could take his video deposition before then and present it at the hearing.

April 8, 2025
Hon. Camela C. Theeler
United States District Judge
Page Two

Respectfully submitted,

/s/ *James D. Leach*

James D. Leach

JL/hs
cc:    Marty Jackley