UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| Dakotans for Health and Rick Weiland, | ) ) ) | |
| Plaintiffs, | ) ) | Civ. 4:25-cv-04050-CCT |
| v. | ) ) ) | |
| Secretary of State Monae Johnson, in her official capacity only, | ) ) ) | |
| Defendant. _____ | ) ) | |

**<u>Notice of Scrivener's Error</u>**

In Document 8, page 4, at the end of the first paragraph, the year that *SD Voice v. Noem*, 557 F. Supp. 3d 937 (D.S.D.) was decided was 2021, not 2001.

Dated: May 27, 2025          Respectfully submitted,

/s/ James D. Leach
James D. Leach
Attorney at Law
1617 Sheridan Lake Rd.
Rapid City, SD 57702
Tel: (605) 341-4400
jim@southdakotajustice.com
Attorney for Plaintiffs

Certificate of Service

    I certify that on May 27, 2025, I served this document on defendant by filing it in CM/CF, thereby causing automatic electronic service to be made on her attorney of record.

                              /s/ James D. Leach
                              James D. Leach