UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DAKOTANS FOR HEALTH and RICK WEILAND, | ) ) ) | 4:25-cv-04050-CCT |
| Plaintiffs, | ) ) | |
| vs. | ) ) | MOTION TO CONTINUE |
| SECRETARY OF STATE MONAE JOHNSON, in her official capacity only, | ) ) ) ) | HEARING ON MOTION FOR PRELIMINARY INJUNCTION |
| Defendant. | ) ) | |

COMES NOW, the above-named Defendant, Secretary of State Monae Johnson (hereinafter "Secretary"), by and through her undersigned counsel, Grant M. Flynn, Assistant Attorney General, and hereby moves this Court for a continuance of the hearing scheduled in this matter on Plaintiffs' Motion for a Preliminary Injunction on Monday, June 23, 2025, which Defendant respectfully requests be granted based on the analysis set forth in Defendant's Brief in Support of Motion to Continue Hearing on Motion for Preliminary Injunction, which is submitted under separate cover and incorporated herein by reference.

Dated this 16th day of June, 2025.

/s/ Grant M. Flynn
Grant M. Flynn
Assistant Attorney General
1302 E. Highway 14, Suite #1
Pierre, South Dakota 57501
Telephone: (605) 773-3215
Email: grant.flynn@state.sd.us