UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DAKOTANS FOR HEALTH and RICK WEILAND, | ) ) ) | 4:25-cv-04050-CCT |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | NOTICE OF INTENT TO CALL SUBSTITUTE WITNESS |
| SECRETARY OF STATE MONAE JOHNSON, in her official capacity only, | ) ) ) ) | |
| Defendant. | ) ) | |

COMES NOW, the above-named Defendant, Secretary of State Monae Johnson (hereinafter "Secretary"), by and through her undersigned counsel, Grant M. Flynn, Assistant Attorney General, and hereby gives notice of her intent to substitute a witness listed on Defendant's previously filed Witness List. Doc. 44.

In light of this Court's Order on June 17, 2025, denying Defendant's request for a continuance of the Motion for Preliminary Injunction Hearing but permitting the parties to request a second opportunity to present evidence subsequent to the hearing, Defendant provides notice to Plaintiff's of Defendant's intent to call Christine Lehrkamp, Deputy Director, Division of Elections, South Dakota Secretary of State's Office in place of Rachel Soulek, Director, Division of Elections, South Dakota Secretary of State's Office. *See* Doc. 48. The testimony provided by Ms. Lehrkamp will be substantially similar to that which Ms. Soulek would have provided. In calling Ms. Lehrkamp,

Defendant does not waive any opportunity that might be offered by the Court for Defendant to seek a further opportunity to offer Ms. Soulek's schedule.

Dated this 18th day of June, 2025.

                                               */s/ Grant M. Flynn*
                                               Grant M. Flynn
                                               Assistant Attorney General
                                               1302 E. Highway 14, Suite #1
                                               Pierre, South Dakota 57501
                                               Telephone: (605) 773-3215
                                               Email: grant.flynn@state.sd.us

usdc_GMF(kk)