UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| Dakotans for Health and Rick Weiland, | )<br>)<br>) |
| Plaintiffs, | )<br>) Civ. 4:25-cv-04050-CCT |
| v. | )<br>)<br>) |
| Secretary of State Monae Johnson, in her official capacity only, | )<br>)<br>) |
| Defendant. | )<br>) |

## Stipulation for Admission of Exhibits

The parties stipulate that the following Exhibits are admissible into evidence at the hearing on plaintiffs' motion for a preliminary injunction:

1. Plaintiffs' Exhibits 1 to 48.

2. Defendant's Exhibits 1 to 48 (which are the same as Plaintiffs' Exhibits 1 to 48).

Dated: June 19, 2025        /s/ James D. Leach
                            James D. Leach
                            Attorney at Law
                            1617 Sheridan Lake Rd.
                            Rapid City, SD 57702
                            Tel: (605) 341-4400
                            jim@southdakotajustice.com
                            Attorney for Plaintiffs

Dated: June ２０ 2025

/s/ Grant M. Flynn
Grant M. Flynn
Assistant Attorney General
1302 E. Highway 14, Suite #1
Pierre, SD 57501
Tel: (605) 773-3215
grant.flynn@state.sd.us
Attorney for Defendant

## Certificate of Service

I certify that on June ２０, 2025, I served this document on defendant by filing it in CM/CF, thereby causing automatic electronic service to be made on her attorney of record.

/s/ James D. Leach
James D. Leach

2