UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| Dakotans for Health and Rick Weiland,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>Secretary of State Monae Johnson, in her official capacity only,  )<br>)<br>Defendant.  )<br>_____  ) | Civ. 4:25-cv-04050-CCT |

## Motion Requesting Schedule for August 8, 2025 Hearing

The Court has set this case for hearing on August 8, 2025, from 9:00 a.m. to 11:00 a.m. Attorney Sara Frankenstein will testify. Plaintiffs are subpoenaing Rachel Soulek of the Secretary of State's office as a potential rebuttal witness. In addition, the Court may wish to hear closing arguments. Plaintiffs request the following schedule, or any other schedule that the Court, in its discretion, determines is appropriate, for the orderly and efficient use of these two hours of Court time. Plaintiffs are not filing a brief in support of this motion because they believe it does not "rais[e] a question of law" within the meaning of LR 7.1.B.

- Direct and rebuttal examination of Ms. Frankenstein: 35 minutes maximum.

- Cross-examination of Ms. Frankenstein: 35 minutes maximum.

- Direct and rebuttal examination of Ms. Soulek: 5 minutes maximum.

- Cross-examination of Ms. Soulek: 5 minutes maximum.

- Closing by plaintiffs (including rebuttal): 15 minutes maximum, with not more than half allowed for rebuttal.

- Closing by defendants: 15 minutes maximum.

- Break at Court's discretion: 10 minutes.

- Total: 120 minutes.

Dated: July 2, 2025                     Respectfully submitted,

/s/ James D. Leach
James D. Leach
Attorney at Law
1617 Sheridan Lake Rd.
Rapid City, SD 57702
Tel: (605) 341-4400
jim@southdakotajustice.com
Attorney for Plaintiffs

2

<u>Certificate of Service</u>

      I certify that on July 2, 2025, I served this document on defendant by filing it in CM/CF, thereby causing automatic electronic service to be made on her attorneys of record.

                                    <u>/s/ James D. Leach</u>
                                    James D. Leach