# JAMES D. LEACH

*Attorney at Law*
1617 Sheridan Lake Road
Rapid City, SD 57702-3483

*Legal Assistant*                     Tel:  (605) 341-4400                     *Legal Secretary*
*Raquel L. Vokenroth, CLA*        Fax: (605) 341-0716                     *Verma J. Stehly*

jim@southdakotajustice.com

August 5, 2025

Hon. Camela C. Theeler
United States District Judge
515 Ninth Street, Room 318
Rapid City, SD 57701

    Re:    Dakotans for Health v. Johnson, Civ. 25-4050

Dear Judge Theeler:

    On July 2, I filed a Motion Requesting Schedule for August 8, 2025, Hearing. Doc. 56. The State's time to respond expired on July 23 without a response. I note this in case you wish to take any action with respect to the motion.

                            Respectfully submitted,

                            */s/ James D. Leach*

                            James D. Leach

JL/hs
cc:    Grant Flynn (By CM/ECF)