# JAMES D. LEACH

*Attorney at Law*
1617 Sheridan Lake Road
Rapid City, SD 57702-3483

| | | |
|---|---|---|
| *Legal Assistant* | Tel: (605) 341-4400 | *Legal Secretary* |
| *Raquel L. Vokenroth, CLA* | Fax: (605) 341-0716 | *Verma J. Stehly* |

jim@southdakotajustice.com

---

August 6, 2025

Hon. Camela C. Theeler
United States District Judge
515 Ninth Street, Room 318
Rapid City, SD 57701

    Re:    Dakotans for Health v. Johnson, Civ. 25-4050

Dear Judge Theeler:

    I was not able to take Ms. Frankenstein's deposition until Monday afternoon August 4. In light of her testimony, I am likely to have another rebuttal witness that I did not previously anticipate at the hearing on Friday August 8. This witness's direct exam testimony will probably take 25 to 30 minutes. I thought you would like to have this information.

                Respectfully submitted,

                */s/ James D. Leach*

                James D. Leach

JL/hs
cc:    Grant Flynn (By CM/ECF)