# JAMES D. LEACH

*Attorney at Law*
1617 Sheridan Lake Road
Rapid City, SD 57702-3483

*Legal Assistant*  Tel: (605) 341-4400  *Legal Secretary*
*Raquel L. Vokenroth, CLA*  Fax: (605) 341-0716  *Verma J. Stehly*

jim@southdakotajustice.com

---

August 7, 2025

Hon. Camela C. Theeler
United States District Judge
515 Ninth Street, Room 318
Rapid City, SD 57701

    Re:    Dakotans for Health v. Johnson, Civ. 25-4050

Dear Judge Theeler:

    I just discovered an error I made concerning Exhibit 66, which I offered and which was received on June 23. I offered Exhibit 66 as LDF's Motion for Summary Judgment, with all attachments, filed September 16 in *Life Defense Fund v. Dakotans for Health*. But Exhibit 66 is not an accurate copy of LDF's Motion for Summary Judgment.

    My staff is now making an accurate copy of LDF's Motion for Summary Judgment, with all attachments, directly from the circuit court web site. I will bring it with me to court tomorrow morning, of course with a copy for Mr. Flynn, and I will ask to substitute it for Exhibit 66. I sincerely apologize for my mistake.

                                           Respectfully submitted,

                                           /s/ *James D. Leach*

                                           James D. Leach

JL/hs
cc:    Grant Flynn (By CM/ECF)
        Katie Evans (By email)