UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| DAKOTANS FOR HEALTH, RICK WEILAND, <br><br> Plaintiffs, <br><br> vs. <br><br> MONAE JOHNSON, SECRETARY OF STATE, IN HER OFFICIAL CAPACITY ONLY, <br><br> Defendant. | 4:25-CV-04050-CCT <br><br><br> **JUDGMENT** |

Pursuant to the Order Granting Motion for Permanent Injunction (Docket 68), it is

ORDERED, ADJUDGED, AND DECREED that judgment is entered with prejudice in favor of Plaintiffs, Dakotans for Health and Rick Weiland, and against Defendant, Monae Johnson, Secretary of State.

Dated September 3, 2025.

BY THE COURT:


/s/ *Camela C. Theeler*
CAMELA C. THEELER
UNITED STATES DISTRICT JUDGE