UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| Dakotans for Health and Rick Weiland, | ) ) ) | |
| Plaintiffs, | ) ) | Civ. 4:25-cv-04050-CCT |
| v. | ) ) ) | |
| Secretary of State Monae Johnson, in her official capacity only, | ) ) ) | |
| Defendant. | ) ) | |

## Motion for Attorney's Fees and Costs

Pursuant to F. R. Civ. P. 54(d)(2), Local Rule 54.1.C, and 42 U.S.C. § 1988, plaintiffs move for attorney's fees and costs of $91,618.33.

Dated: September 11, 2025       Respectfully submitted,

/s/ James D. Leach
James D. Leach
Attorney at Law
1617 Sheridan Lake Rd.
Rapid City, SD 57702
(605) 341-4400
jim@southdakotajustice.com
Attorney for Plaintiffs

<u>Certificate of Service</u>

I certify that on September 11, 2025, I filed this document electronically, thereby causing automatic electronic service to be made on defendant's attorney.

<u>/s/ James D. Leach</u>
James D. Leach