UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DAKOTANS FOR HEALTH and RICK WEILAND, | ) ) ) | 4:25-cv-04050-CCT |
| Plaintiffs, | ) ) | |
| vs. | ) ) | NOTICE OF APPEAL |
| SECRETARY OF STATE MONAE JOHNSON, in her official capacity only, | ) ) ) ) | |
| Defendant. | ) ) | |

COMES NOW, the above-named Defendant, Secretary of State Monae Johnson (hereinafter "Secretary"), by and through her undersigned counsel, Grant M. Flynn, Assistant Attorney General, and hereby gives notice of their appeal to the United States Court of Appeals for the Eighth Circuit of the Order Granting Permanent Injunction, dated August 29, 2025, (Doc. 68) and the Judgment, dated September 3, 2025, (Doc. 69) issued by the Honorable Camela C. Theeler, United States District Court.

This appeal is brought pursuant to 28 U.S.C. §1291.

Dated this 25th day of September, 2025.

*/s/ Grant M. Flynn*
Grant M. Flynn
Assistant Attorney General
1302 E. Highway 1889, Suite #1
Pierre, South Dakota 57501
Telephone: (605) 773-3215
Email: grant.flynn@state.sd.us