UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DAKOTANS FOR HEALTH and RICK WEILAND, | ) ) ) | 4:25-cv-04050-CCT |
| Plaintiffs, | ) ) | |
| vs. | ) ) | DEFENDANT'S MOTION TO STAY JUDGMENT PENDING APPEAL |
| SECRETARY OF STATE MONAE JOHNSON, in her official capacity only, | ) ) ) ) | |
| Defendant. | ) ) | |

COMES NOW, the above-named Defendant, Secretary of State Monae Johnson (hereinafter "Secretary"), by and through her undersigned counsel, Grant M. Flynn, Assistant Attorney General, and hereby moves this Court pursuant to Federal Rule of Appellate Procedure 8, for an Order staying the Court's Judgment in this matter pending appeal based on the analysis set forth in Defendant's Brief in Support of Motion to Stay Judgment Pending Appeal, which is submitted under separate cover and incorporated herein by reference.

Dated this 25th day of September, 2025.


*/s/ Grant M. Flynn*
Grant M. Flynn
Assistant Attorney General
1302 E. Highway 1889, Suite #1
Pierre, South Dakota 57501
Telephone: (605) 773-3215
Email: grant.flynn@state.sd.us