UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| Dakotans for Health and Rick Weiland, | ) ) ) | |
| Plaintiffs, | ) ) | Civ. 4:25-cv-04050-CCT |
| v. | ) ) ) | |
| Secretary of State Monae Johnson, in her official capacity only, | ) ) ) | |
| Defendant. _____ | ) ) | |

**Consent Motion to Withdraw**
**Motion for Attorney's Fees and Costs**

Plaintiffs moved for attorney's fees and costs. Doc. 70. The parties have settled the issue, so plaintiffs move to withdraw the motion. Defendant consents to this motion.

Dated: October 2, 2025          Respectfully submitted,

/s/ James D. Leach
James D. Leach
Attorney at Law
1617 Sheridan Lake Rd.
Rapid City, SD 57702
(605) 341-4400
jim@southdakotajustice.com
Attorney for Plaintiffs

<u>Certificate of Service</u>

    I certify that on October 2, 2025, I filed this document electronically, thereby causing automatic electronic service to be made on defendant's attorney.

                                      <u>/s/ James D. Leach</u>
                                      James D. Leach