Judge rules 9-month pe...

ADVERTISEMENT

In a news release Tuesday, Weiland praised the order calling it "another clear rebuke of politicians who think they're above the Constitution."

"Let's be clear. Once again, our state's Republican supermajority tried to rig the rules to keep everyday South Dakotans from having a voice in their own government," Weiland said in a news release. "And once again, a court sent them packing."

KELOLAND News has requested an interview with Jon Hansen, the prime sponsor of HB 1184. Hansen sent the statement below.

"The Biden appointed federal judge got this wrong," Hansen said in an emailed statement. "The 8th Circuit said the people's elected legislature has the lawful authority to set the petition submission deadline—not unelected federal judges."

ADVERTISEMENT

✕



Judge rules 9-month pe...

"The deadline set is shorter than some states and longer than others. This law is a reasonable step to safeguard our process and ensure the validity of petition signatures. After what we witnessed in the last election cycle—the gathering of many illegal petition signatures—we will continue to take steps to make sure we have integrity in our petition process," Hansen's statement said.

Judge Theeler was **appointed by former President Biden** after negotiation with both Republican senators John Thune and Mike Rounds. Thune and Rounds called Theeler a well-qualified attorney that was respected in the community prior to her official appointment as judge.

In March, when the bill was **debated on the Senate floor,** former Sen. David Wheeler cited potential concerns over future legal battles the law would bring.

"Let's just leave it where it is," Wheeler said. "There's enough time for petitions to get turned in and processed and on the ballot, and that's what courts care about. They're not going to build in an estimated time for which litigation may occur," he said.

ADVERTISEMENT

✕

The state has until September 29 to appeal Judge Theeler's ruling to the United States Eighth Circuit Court of Appeals.

Copyright 2025 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

SPONSORED CONTENT

Privacy Policy

**Neuropathy is not from Low Vitamin B. Meet the Real Enemy of Neuropathy (Stop Doing This)**

FootRenew

Learn More

**You Can See People Wearing This 250th Anniversary Hat Everywhere**

Glosrity

Learn More

**Walking shoes for elderly people with poor balance**

Umhaven™

Shop Now

**Back Pain Was in Charge – Not Anymore**

NeuroMD®

Learn More



**SIGN UP**

Judge rules 9-month pe...

NAL

# Judge rules 9-month petition deadline unconstitutional

✕

Judge rules 9-month pe... 

— A federal judge has struck down a South Dakota law that

ıdline to file petition signatures for proposed laws and

ts.

## Push in House for 'cleaning up' DOC before prison vote ❯

Dakotans for Health co-founder Rick Weiland filed the lawsuit in federal court against South Dakota Secretary of State **Monae Johnson in April,** after the law's February deadline passed.

**The law** was passed in the 2025 legislative session and signed into law by Republican Gov. Larry Rhoden.

The state argued the nine-month deadline was necessary to give a citizen a right to challenge a petition in court. They also argued it's a legitimate state interest so voters know what initiated measures are on the actual ballot prior to the election, given there would be time to resolve challenges to petitions.



Judge rules 9-month pe... d the state's interest in timeliness cannot be resolved with the

nnot accomplish the State's goal of concluding litigation on a

ne considers the right to appeal a circuit courts decision and the time it takes for an appeal to be resolved," the lawsuit said.

ADVERTISEMENT

**U.S. District Judge Camela Theeler** ruled that the loss of First Amendment freedoms outweighed the states deadline concerns. You can read the full ruling below.

Dakotans for Health v HB 1184    Download

A permanent injunction against the law was ordered by the court. Petitioners will now have six months until Election Day to submit petition signatures.

"Ultimately, however, the State has failed show that the nine-month deadline created by HB 1184 furthers an important regulatory interest. Therefore, nine-month filing deadline in SDCL §§ 2-1-1.1 and -1.2 is unconstitutional under the First Amendment," Judge Theeler wrote in the injunction order.

✕