# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No.  25-2940

_____

Dakotans for Health; Rick Weiland

Plaintiffs - Appellees

v.

Monae Johnson, Secretary of State; in her official capacity only

Defendant - Appellant

_____

Appeal from U.S. District Court for the District of South Dakota - Southern
(4:25-cv-04050-CCT)

_____

**JUDGMENT**

Before LOKEN, GRUENDER, and KELLY, Circuit Judges.


This appeal from the United States District Court was submitted on the record of the

district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district

court in this cause is affirmed in accordance with the opinion of this Court.

August 11, 2026


Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler